UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK HAIN, an individual, | Case No.: 5:11-CV-05689-LHK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY; TERESA FLOYD, and DOES 1-10, | |
| Defendants. | |

Plaintiff Jack Hain filed a complaint against Fidelity National Title Insurance Company ("Fidelity") and Teresa Floyd (collectively "Defendants") on November 28, 2011. *See* ECF No. 1. On December 29, 2011, Defendants filed a Motion to Dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. *See* ECF No. 5. Additionally, Defendants allege that venue in this district is not proper and the case should be transferred to the District of Arizona. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on January 12, 2012. Plaintiff has not filed an opposition or statement of non-opposition to Defendants' motion to dismiss.

The hearing on the motion to dismiss and the case management conference set for April 19, 2012 are VACATED. The Court hereby ORDERS Plaintiff to show cause why this case should

not be dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely opposition to Defendant's motion to dismiss.  Plaintiff has until April 5, 2012 to file a response to this Order to Show Cause.  A hearing on this Order to Show Cause is set for **Thursday, April 19, 2012 at 1:30 P.M.**  Plaintiff's failure to respond to this Order and to appear at the April 19, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 22, 2012

_____
LUCY H. KOH
United States District Judge